JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2014

CENTRAL DISTRICT
BY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-17-14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THOMAS R. DILKS,
                    Petitioner,
          vs.
JOHN McMAHON (Sheriff),
                    Respondent.

Case No. EDCV 14-2187-JFW (RNB)

**JUDGMENT**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:  12/10/14

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE